IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TRACEY A. BUCHANAN,<br><br>Plaintiff,<br><br>HAROLD WILLIAMS, individually and in his official capacity, JIMMY AUSTIN, SMITH COUNTY SHERIFF'S DEPARTMENT and SMITH COUNTY, TENNESSEE,<br><br>Defendants. | NO. 2:05-0091<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Smith County Sheriff Department's motion for summary judgment (Docket Entry No. 20) is **GRANTED** on all claims. The Defendant Williams' and Smith County's motion for summary judgment is **GRANTED** as to Plaintiff's Fourteenth Amendment Due Process claims and federal law claims for punitive damages and Plaintiff's state law claims for negligence, negligent and intentional infliction of emotional distress and civil conspiracy. The Defendant Williams' and Smith County's motion for summary judgment (Docket Entry No. 20) is **DENIED** as to Plaintiff's Fourth Amendment claims and her state law conversion claims against these defendants. The Defendant Austin's motion for summary judgment (Docket Entry No. 23) is **GRANTED** on Plaintiff's Fourteenth Amendment Due Process, intentional infliction of emotional distress and civil conspiracy claims, but is otherwise **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 6th day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge